```
               IN THE UNITED STATES COURT OF APPEALS
                        FOR THE FIFTH CIRCUIT

                     _____


                           No. 98-30005
                         Summary Calendar
                     _____


J. POLYCHRONOPOULOS TRANSIT, LIMITED, et al.,

                                                Plaintiffs,
versus

UNIMAR SHIPMANAGEMENT SERVICES, S.A., et al.,

                                                Defendants.

                        Consolidated with

CALOGERAS MARINE, INC., et al.,
                                                Plaintiffs,
versus

M/V OCEAN LEADER, her tackle, etc., et al.,

                                                Defendants,

DEN NORSKE BANK A.S.A., formerly known as
DEN NORSKE BANK A.S.,

                                          Intervenor-Appellee.

                        Consolidated with

ALFA BUNKERING COMPANY, LIMITED, et al.,


                                                Plaintiffs,
versus

M/V OCEAN LEADER, her tackle, etc., et al.,

                                                Defendants.

                        Consolidated with

CANADIAN FOREST NAVIGATION COMPANY LIMITED,

                                          Plaintiff-Appellant,
versus
```

M/V OCEAN LEADER, her tackle, etc., et al.

                                    Defendants.
                    - - - - - - - - - -
          Appeal from the United States District Court
              for the Eastern District of Louisiana
          USDC Nos. 96-CV-3614, 96-CV-3616, 96-CV-3626,
                        96-CV-3658
                    - - - - - - - - - -
                        June 30, 1998
Before DUHE', DeMOSS and DENNIS, Circuit Judges.

PER CURIAM:[*]

     Canadian Forest Navigation Company Ltd. (Canadian Forest) appeals from the district court's grant of summary judgment. Canadian Forest argues that the district court erred in denying its claim of preferred maritime lien status for economic damages proximately caused by Ocean Leader Shipping Co.'s breach of its duty to provide a financially seaworthy vessel.  We have reviewed the record and the briefs of the parties and hold that the district court did not err in holding that there were no issues of material fact and that DNB should be granted judgment as a matter of law.  See Manuel v. P.A.W. Drilling & Well Serv., Inc., 135 F.3d 344, 347 (5th Cir. 1998); Associated Metals and Minerals Corp. v. ALEXANDER'S UNITY MV, 41 F.3d 1007 (5th Cir. 1995).  We AFFIRM for the reasons given by the district court in its opinion of Oct. 21, 1997.

     AFFIRMED.

---

[*]  Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.